[No. 20609.   Department One.   September 30, 1927.]

O. C. ELLIOTT, *as Receiver, Appellant,* v. HERBERT F.
HULL *et al., Respondents.*[1]

[1] APPEAL (272)—EXHIBITS AND OTHER DOCUMENTS—INCORPORA-
TION IN RECORD. An order discharging an attachment cannot be
reviewed on appeal, where it was based upon files and affidavits
in another cause that was not made a part of the record on
appeal.

Appeal from an order of the superior court for King
county, Findley, J., entered September 10, 1926, dis-
charging an attachment. Affirmed.

*Spencer Gray,* for appellant.

*Chas. W. Johnson,* for respondents.

ASKREN, J.—Plaintiff brought this action to recover
assessments on stock in the Thrift Club, owned by the
defendants. An attachment was issued against an
automobile of defendants. The complaint was filed on
August 31, 1926. On September 1, 1926, defendants
moved to discharge the attachment. On September 4,
an amended complaint was filed and the motion for
discharge was argued against it, and the court granted
the discharge.

The motion to discharge set up six different grounds,
three of which were upheld by the court, to wit: (1) the
complaint failed to state a cause of action; (2) the
action was barred by the statute of limitations; and
(3) on the ground of *res adjudicata.* The third ground
was stated in the motion as follows:

"(6.)   That the motion to discharge was heretofore
considered by the court and determined adversely to
the plaintiff in a cause entitled *Elliott v. Hull,* being
No. 179917 of this court; that the order of such dis-

¹Reported in 259 Pac. 716.

charge has not been appealed and is a bar to the present writ.

"This motion is based upon the records and files herein and upon the records and files in cause No. 179917 of the superior court of the state of Washington in and for King county and upon all the affidavits on file therein."

The plaintiff appeals.

[1] It thus appears that the trial court sustained the claim of respondent that the same matter had been determined adversely by the same court, if not the same judge, in cause No. 179917, and that the decision in that case had not been appealed from. Appellant has failed to bring to this court, in any form, the files in cause No. 179917, so that we may determine the contents of the affidavits and other records to see if the court ruled correctly in holding the ruling in that case a bar to this one.

Without these records, we are unable to determine that question, and since every presumption must be in favor of the correctness of the trial court's ruling, its judgment is affirmed.

MACKINTOSH, C. J., MITCHELL, FRENCH, and FULLERTON, JJ., concur.